# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00237-CV

## In re Darin J. Bassett and Kim A. Bassett

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the emergency motion for stay are denied.
*See* Tex. R. App. P. 52.8(a), *id.* R. 52.10.

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed:   April 11, 2019